**Margaret E. Beatty, appellee, v. City of Chicago, appellant. Gen. No. 37,995.**

Opinion filed November 20, 1935. Rehearing denied December 4, 1935.

William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Robert E. Dowling, Jr., Assistant City Attorney, of counsel. Royal W. Irwin, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.